STATE of Missouri, Respondent,

v.

Carl HILLS, Defendant–Appellant,

No. 73306.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 29, 1998.

Jennifer Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SIMON, P.J., and CRANE, and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of Count I, assault in the first degree in violation of Section 565.050 RSMo.1994; Count II, burglary in the first degree in violation of Section 569.160 RSMo.1994; Count III, stealing in violation of Section 570.030 RSMo. 1994; Count IV, assault in the second degree in violation of Section 565.060 RSMo.1994; and two counts of armed criminal action in violation of Section 571.015 RSMo.1994. The judgment also found him to be a prior and persistent offender under Section 558.016 RSMo.1994. He was sentenced to a term of imprisonment of 25 years on Count I; 20 years on Count II; 20 years on Count III; 20 years on Count IV; and 25 years on Count V, all to be served concurrently.

We have reviewed the briefs of the parties and the record on appeal and find the claims

---

of error to be without merit. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.